RICHARD L. WHALEN et al., Respondents, *v.* ALVAH G. STRONG et al., Appellants, Impleaded with Another.

Submitted September 27, 1937; decided October 5, 1937.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 275 N. Y. 516.)

WALTER N. SMITH, Appellant, *v.* F. H. LAGUARDIA, as Mayor of the City of New York, et al., Respondents.

Submitted September 27, 1937; decided October 5, 1937.

*Paul Windels,* Corporation Counsel (*Paxton Blair* of counsel), for motion.

*Walter N. Smith,* in person, opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.